FIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MAX C. KANT, Husband and Wife; and<br>ANN M. KANT, Husband and Wife;<br><br>Plaintiffs,<br><br>vs.<br><br>THE SECURITY NATIONAL BANK OF SIOUX CITY, IOWA,<br><br>Defendant. | 8:18CV573<br><br>ORDER |
|---|---|

This matter is before the Court on a Stipulation and Motion for Order of Dismissal and Release of Bond (Filing No. 30) filed by the parties in this matter. Parties have settled their various disputes.

Prior to transfer of this case to The United States District Court for the District of Nebraska, the plaintiffs were required to post a $10,000 bond to be held by the Clerk of Court for the District Court of Wayne County, Nebraska (Filing No. 6-2). Accordingly,

IT IS ORDERED THAT the Parties' Stipulation and Motion for Order of Dismissal and Release of Bond (Filing No. 30) is hereby granted. The Parties are hereby dismissed from their respective claims with prejudice with each party to bear their own costs. The Clerk of the District Court of Wayne, County Nebraska, for the purposes of this litigation, is hereby authorized to release the bond.

Dated this 13th day of May, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge